OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 23, 2005

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Allen M. Terrell, Jr., Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RE:  2660 Woodley Road Joint Venture, et al. v. ITT Sheraton Corporation, et al.
Civil Action No. 97-450 JJF

Dear Counsel:

The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess trial exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

Please advise me no later than June 6, 2005 whether you wish to retrieve the exhibits or have them discarded. I the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

*Anita Bolton*
Anita Bolton
Courtroom Deputy

Pltf. _____    date  6-13-05

Deft. _____    date  _____