CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:97-cv-00450-JJF
#### Internal Use Only

| | |
|---|---|
| 2660 Woodley Road, et al v. ITT Sheraton Corp., et al | Date Filed: 08/01/1997 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Cause: 18:1962 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Plaintiff**

**2660 Woodley Road Joint Venture**     represented by     **Edward B. Maxwell, II**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*TERMINATED: 08/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Shaw**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jshaw@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Woodley Road Associates, Inc.**     represented by     **Edward B. Maxwell, II**
(See above for address)
*TERMINATED: 08/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **John Hancock Mutual Life Insurance Company** | represented by | **Edward B. Maxwell, II** (See above for address) *TERMINATED: 08/30/2000* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **John W. Shaw** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sumitomo Life Realty (N.Y.) Inc.** | represented by | **Edward B. Maxwell, II** (See above for address) *TERMINATED: 08/30/2000* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **John W. Shaw** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **ITT Sheraton Corporation** | represented by | **Allen M. Terrell, Jr.** Richards, Layton & Finger One Rodney Square P.O. Box 551 Wilmington, DE 19899 (302) 651-7732 Fax: (302) 498-7732 Email: terrell@rlf.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sheraton Operating Corporation** | represented by | **Allen M. Terrell, Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Washington Sheraton Corporation** | represented by | **Allen M. Terrell, Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **ITT Sheraton Corporation** | represented by | **Allen M. Terrell, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Sheraton Operating Corporation** | represented by | **Allen M. Terrell, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **2660 Woodley Road Joint Venture** | represented by | **Edward B. Maxwell, II**<br>(See above for address)<br>*TERMINATED: 08/30/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John W. Shaw**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **Woodley Road Associates, Inc.** | represented by | **Edward B. Maxwell, II**<br>(See above for address)<br>*TERMINATED: 08/30/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John W. Shaw**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **John Hancock Mutual Life Insurance Company** | represented by | **Edward B. Maxwell, II**<br>(See above for address)<br>*TERMINATED: 08/30/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John W. Shaw**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **Sumitomo Life Realty (N.Y.) Inc.** | represented by | **Edward B. Maxwell, II**<br>(See above for address) |

*TERMINATED: 08/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**2660 Woodley Road Joint Venture**     represented by     **Edward B. Maxwell, II**
(See above for address)
*TERMINATED: 08/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Woodley Road Associates, Inc.**     represented by     **Edward B. Maxwell, II**
(See above for address)
*TERMINATED: 08/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**John Hancock Mutual Life Insurance Company**     represented by     **Edward B. Maxwell, II**
(See above for address)
*TERMINATED: 08/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Sumitomo Life Realty (N.Y.) Inc.**     represented by     **Edward B. Maxwell, II**
(See above for address)
*TERMINATED: 08/30/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Shaw**
(See above for address)

| | | |
|---|---|---|
| | | responses and objections. (sm) (Entered: 07/10/1998) |
| 07/13/1998 | 196 | CERTIFICATE OF SERVICE by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty RE: Pltf's 2nd revised joint responses to Dft's 1st set of interrogs. and 2nd request for prod. of docs. (sm) (Entered: 07/14/1998) |
| 07/14/1998 | 197 | NOTICE of Subpoenas to Starwood Hotels & Resorts by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty (sm) (Entered: 07/15/1998) |
| 07/14/1998 | 198 | Letter to the Court dated 7/14/98 by Allen M. Terrell, Jr., Esq. RE: Enclosed courtesy copy of dft's reply in support of their motion to compel discovery & Requests oral argument on 3 motions. (sm) (Entered: 07/15/1998) |
| 07/14/1998 | 199 | REPLY Filed by ITT Sheraton Corp., Sheraton Operating [171-1] motion to Compel Discovery (sm) (Entered: 07/15/1998) |
| 07/27/1998 | 200 | CERTIFICATE OF SERVICE by ITT Sheraton Corp., Sheraton Operating RE: Dft's objection to pltf's 4th set of interrogs. (sm) (Entered: 07/27/1998) |
| 07/27/1998 | 201 | CERTIFICATE OF SERVICE by ITT Sheraton Corp., Sheraton Operating RE: Dft's responses & objections to pltf's 4th set of document requests. (sm) (Entered: 07/27/1998) |
| 07/27/1998 | 202 | CERTIFICATE OF SERVICE by ITT Sheraton Corp., Sheraton Operating RE: Dft's response to 2nd requests for admissions. (sm) (Entered: 07/27/1998) |
| 07/27/1998 | 203 | CERTIFICATE OF SERVICE by ITT Sheraton Corp., Sheraton Operating RE: Dft's 2nd amended and restated responses and objections to pltf's 1st & 2nd set of interrogs. (sm) (Entered: 07/27/1998) |
| 07/28/1998 | 204 | Letter to the Court dated 7/28/98 by Allen M. Terrell, Jr., Esq. RE: Requests Court grant dft's motion to compel discovery filed on 6/11/98. (sm) (Entered: 08/03/1998) |
| 07/29/1998 | 205 | Letter to the Court by Pltf's In Response to Dft's Letter of 7/28/98 (SEALED) (sm) (Entered: 08/03/1998) |
| 07/30/1998 | 206 | CERTIFICATE OF SERVICE by ITT Sheraton Corp., Sheraton Operating RE: Response of Starwood Hotels & Resorts Worldwide, Inc. and Starwood Hotels & Resorts to Subpoena dated 7/1/98. (sm) (Entered: 08/03/1998) |
| 07/31/1998 | 207 | NOTICE of Subpoena upon Gregory Dassira by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty (sm) (Entered: 08/07/1998) |
| 07/31/1998 | 208 | Letter to the Court dated 7/31/98 by Allen M. Terrell, Jr., Esq. RE: In response to Mr. Maxwell's letter dated 7/29/98 (SEALED) (sm) (Entered: 08/07/1998) |
| | | |

| | | |
|---|---|---|
| 08/03/1998 | 209 | NOTICE of Subpoena upon The Butcher Company by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty (sm) (Entered: 08/07/1998) |
| 08/03/1998 | 209 | NOTICE by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty to take deposition of The Butcher Company on 8/13/98 at 1:00 pm. (sm) (Entered: 08/07/1998) |
| 08/03/1998 | 210 | NOTICE by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty to take deposition of Gregory Dassira on 8/21/98 at 10:00 am. (sm) (Entered: 08/07/1998) |
| 08/04/1998 | 213 | Transcript of the Hymans deposition originally attached to pltf's letter dated 8/4/98 by James P. Hughes, Jr., Esq. (SEALED) (sm) (Entered: 08/07/1998) |
| 08/05/1998 | 211 | NOTICE by ITT Sheraton Corp., Sheraton Operating to take deposition of John Hancock Mutual Life Insurance Company by Michelle Russo on 8/13/98 at 9:30 am. (sm) (Entered: 08/07/1998) |
| 08/05/1998 | 212 | Letter to the Court dated 8/4/98 by James P. Hughes, Jr., Esq. RE: Enclosed complete transcript of the Hymans deposition (SEALED & docketed separately) and outlined discovery dispute. (sm) (Entered: 08/07/1998) |
| 08/06/1998 | 214 | 2ND SUPPLEMENTAL MEMORANDUM OF LAW IN FURTHER OPPOSITION Filed by ITT Sheraton Corp., Sheraton Operating [89-1] motion for Protective Order Regarding Subpoenas Duces Tecum Seeking Protected Documents & Testimony From Non-Testifying Experts - Reply Brief due 8/13/98 (SEALED) (sm) (Entered: 08/10/1998) |
| 08/11/1998 | 215 | NOTICE by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty to take deposition of Paul Burke on 8/13/98 at 10:00 am. (sm) (Entered: 08/13/1998) |
| 08/12/1998 | 216 | NOTICE by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty to take deposition of John Hathorn on 8/18/98 at 10:00 am. (sm) (Entered: 08/13/1998) |
| 08/20/1998 | 217 | SUPPLEMENTAL REPLY BRIEF Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty [89-1] motion for Protective Order Regarding Subpoenas Duces Tecum Seeking Protected Documents & Testimony From Non-Testifying Experts (sm) (Entered: 08/26/1998) |
| 09/10/1998 | | Deadline updated; Motion Hearing set for 12:00 9/22/98 for [171-1] motion to Compel Discovery, [144-1] motion to Dismiss amended counterclaims, [92-1] motion to Compel Discovery, [89-1] motion for Protective Order Regarding Subpoenas Duces Tecum Seeking Protected Documents & Testimony From Non-Testifying Experts (sm) (Entered: 09/10/1998) |
| 09/16/1998 | 218 | MEMORANDUM ORDER that pltf's [89-1] motion for Protective Order Regarding Subpoenas Duces Tecum Seeking Protected Documents & |

| | | |
|---|---|---|
| | | On All Counterclaims Answer Brief due 4/9/99 re: [254-1] motion (sm) (Entered: 03/29/1999) |
| 03/26/1999 | 255 | BRIEF IN SUPPORT Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty [254-1] motion for Summary Judgment On All Counterclaims (SEALED) (sm) (Entered: 03/29/1999) |
| 03/26/1999 | 256 | Appendix to Brief Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty Appending [255-1] opening brief (SEALED) (sm) (Entered: 03/29/1999) |
| 03/26/1999 | 257 | MEMORANDUM IN SUPPORT Filed by ITT Sheraton Corp., Sheraton Operating Motion For Summary Judgment on Pltfs' Federal Causes of Action (MOTION, D.I. 257 Filed 3/29/99) (sm) Modified on 03/29/1999 (Entered: 03/29/1999) |
| 03/26/1999 | 258 | AFFIDAVIT of Nicholas W. C. Corson by ITT Sheraton Corp., Sheraton Operating Re: [257-1] opening brief (sm) (Entered: 03/29/1999) |
| 03/26/1999 | 259 | Notice of Deficiency from the court to defendant ITT Sheraton Corp., defendant Sheraton Operating (D.I. 258); Needs original signature of affiant. (sm) (Entered: 03/29/1999) |
| 03/29/1999 | 260 | MOTION by ITT Sheraton Corp., Sheraton Operating with Proposed Order for Summary Judgment On Pltfs' Federal Causes Of Action re: [260-1] motion (sm) (Entered: 03/29/1999) |
| 03/31/1999 | 261 | Letter to the Clerk of the Court dated 3/31/99 by Srinivas M. Raju, Esq. RE: Attached original signature of Nicholas W.C. Corson to clear up deficiency. (sm) (Entered: 03/31/1999) |
| 04/06/1999 | 262 | MEMORANDUM ORDER that Pltfs' [144-1] motion to Dismiss amended counterclaims is DENIED. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 04/07/1999) |
| 04/16/1999 | 263 | CERTIFICATE OF SERVICE by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty RE: Pltfs' 1st set of expert document requests to dfts', ITT Sheraton Corp., Sheraton Operating Corp. & Counterpltf., Washington Sheraton Corp. (sm) (Entered: 04/19/1999) |
| 04/28/1999 | 264 | CERTIFICATE OF SERVICE by ITT Sheraton Corp., Sheraton Operating RE: Dft's 1st set of expert document requests to pltf. John Hancock. (sm) (Entered: 04/29/1999) |
| 04/29/1999 | | **Terminated deadlines (sm) (Entered: 04/29/1999) |
| 04/30/1999 | 265 | NOTICE by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty to take deposition of Anne Lloyd-Jones on 5/5/99 at 10:00 a.m. (sm) (Entered: 04/30/1999) |
| 04/30/1999 | 266 | ANSWERING BRIEF Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty [260-1] motion for |

| | | |
|---|---|---|
| | | Summary Judgment On Pltfs' Federal Causes Of Action - Reply Brief due 5/7/99 (sm) (Entered: 05/03/1999) |
| 04/30/1999 | 267 | MEMORANDUM OF LAW IN OPPOSITION Filed by ITT Sheraton Corp., Sheraton Operating [254-1] motion for Summary Judgment On All Counterclaims - Reply Brief due 5/7/99 (SEALED) (sm) (Entered: 05/03/1999) |
| 04/30/1999 | 268 | Appendix to Brief Filed by ITT Sheraton Corp., Sheraton Operating Appending [267-1] answer brief (SEALED) (sm) (Entered: 05/03/1999) |
| 04/30/1999 | 269 | AFFIDAVIT of Nicholas W.C. Corson by ITT Sheraton Corp., Sheraton Operating Re: [267-1] answer brief (SEALED) (sm) (Entered: 05/03/1999) |
| 05/12/1999 | 270 | NOTICE of Lodging & AFFIDAVIT of Bruce M. Goldstein by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty (sm) (Entered: 05/13/1999) |
| 05/17/1999 | 271 | REPLY BRIEF Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty [254-1] motion for Summary Judgment On All Counterclaims (sm) (Entered: 05/18/1999) |
| 05/17/1999 | 272 | Appendix to Brief Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty Appending [271-1] reply brief (sm) (Entered: 05/18/1999) |
| 05/17/1999 | 273 | REPLY MEMORANDUM Filed by ITT Sheraton Corp., Sheraton Operating [260-1] motion for Summary Judgment On Pltfs' Federal Causes Of Action (sm) (Entered: 05/18/1999) |
| 05/17/1999 | 274 | CERTIFICATE OF SERVICE by ITT Sheraton Corp., Sheraton Operating RE: Dfts' responses and objections to pltfs' 1st set of expert document requests. (sm) (Entered: 05/18/1999) |
| 05/20/1999 | 275 | Letter to the Court dated 5/20/99 by James P. Hughes, Jr., Esq. RE: Pltf's request oral argument on Motion, D.I. 254 and Motion, D.I. 260. Also, pltf's request a date certain for trial. (sm) (Entered: 05/21/1999) |
| 05/20/1999 | 276 | Letter to the Clerk of the Court dated 5/20/99 by John W. Shaw, Esq. RE: Enclosed corrected reply brief on pltfs' motion for summary judgment on all counterclaims. (sm) (Entered: 05/21/1999) |
| 05/20/1999 | 277 | CORRECTED REPLY BRIEF in Further Support Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty [254-1] motion for Summary Judgment On All Counterclaims (sm) (Entered: 05/21/1999) |
| 05/25/1999 | 278 | CERTIFICATE OF SERVICE by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty RE: Pltfs' responses and objections to dft's 1st set of expert document requests. (sm) (Entered: 05/27/1999) |
| 05/26/1999 | 279 | REVISED CERTIFICATE OF SERVICE by 2660 Woodley Road, |

| Date | No. | Description |
|---|---|---|
| 11/03/1999 | 309 | TRANSCRIPT filed [0-0] pre-trial conference for dates of 10/27/99, B. Gaffigan, rptr. (sm) (Entered: 11/04/1999) |
| 11/05/1999 | 310 | MOTION by ITT Sheraton Corp., Sheraton Operating, Washington Sheraton with Proposed Order for Nicholas W.C. Corson, Esq. to Appear Pro Hac Vice re: [310-1] motion (sm) (Entered: 11/05/1999) |
| 11/08/1999 |  | So Ordered GRANTING [310-1] motion for Nicholas W.C. Corson, Esq. to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 11/09/1999) |
| 11/19/1999 | 311 | Sheraton's Proffer Regarding Use By Expert Witness of Projections of Hotel's Future Performance. (sm) (Entered: 11/30/1999) |
| 11/19/1999 | 312 | MEMORANDUM OF LAW by ITT Sheraton Corp., Sheraton Operating in support of Dfts' Motion in Limine to Construe Contract. (sm) (Entered: 11/30/1999) |
| 11/24/1999 | 313 | MEMORANDUM IN OPPOSITION Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty (Motion was not filed, SEE D.I. 312) (sm) (Entered: 11/30/1999) |
| 11/26/1999 |  | Hearing held (Farnan, J), B. Gaffigan, rptr; Pltfs' summary judgment motion as to dfts' counterclaims is denied as to counterclaims I, II & III; Counterclaims IV, V & VI are severed from trial. Dfts' summary judgment motion and Pltfs' federal C/A is denied. Dfts' motion to construe is denied. Pltfs' motion to show cause is denied. Dfts' motion for leave to supplement counterclaims is denied. Dfts' proffer of expert witness is denied. Court to issue order. (sm) (Entered: 11/30/1999) |
| 11/29/1999 | 314 | Steno Notes for 11/26/99 hearing, B. Gaffigan, rptr. (sm) (Entered: 11/30/1999) |
| 11/29/1999 | 315 | TRANSCRIPT filed [0-0] discovery hearing for dates of 11/26/99, B. Gaffigan, rptr. (sm) (Entered: 11/30/1999) |
| 11/30/1999 | 316 | Letter with exhibits to the Court dated 11/29/99 by James P. Hughes, Jr. (SEALED) (sm) (Entered: 12/06/1999) |
| 11/30/1999 |  | Deadline updated; set Hearing for 2:30 11/30/99 per calendar notice. (sm) (Entered: 12/06/1999) |
| 11/30/1999 |  | Hearing held (Farnan, J), B. Gaffigan, rptr; Issues on demonstrative exhibits were resolved. (sm) (Entered: 12/06/1999) |
| 12/01/1999 | 317 | Steno Notes for 11/30/99 hearing, B. Gaffigan, rptr. (sm) (Entered: 12/06/1999) |
| 12/01/1999 |  | Jury trial held (Farnan, J) (Day 1), K. Maurer/B. Gaffigan, rptrs. (sm) Modified on 12/06/1999 (Entered: 12/06/1999) |
| 12/01/1999 | 318 | TRANSCRIPT filed [0-0] status conference for dates of 11/30/99 hearing, B. Gaffigan, rptr. (sm) (Entered: 12/06/1999) |
| 12/01/1999 | 319 | ORDER that Dfts' Motion in Limine to Exclude Claims Barred by Statute |

| | | |
|---|---|---|
| 03/11/2002 | 404 | Transcript Purchase Order RE: [387-1] appeal by Sheraton Operating that Transcript already on file. (dlk) (Entered: 03/13/2002) |
| 03/11/2002 | 405 | STIPULATION with proposed order that the parties agree that the time for Pltfs' to file an application for recovery of attorneys' fees and the taxation of costs shall be extended from 3/11/02 to 3/18/02. (dlk) (Entered: 03/13/2002) |
| 03/14/2002 | | So Ordered GRANTING [405-1] stipulation that the time for Pltfs' to file an application for recovery of attorneys' fees and the taxation of costs shall be extended from 3/11/02 to 3/18/02 ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (dlk) (Entered: 03/15/2002) |
| 03/18/2002 | 406 | PETITION (SEALED) by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty for Attorneys' Fees and Taxation of Costs Answer Brief due 4/1/02 re: [406-1] motion (dlk) Modified on 03/19/2002 (Entered: 03/19/2002) |
| 03/18/2002 | 407 | Opening Brief (SEALED) Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty in support of their [406-1] petition for Attorneys' Fees and Taxation of Costs - Answer Brief due 4/1/02 (dlk) Modified on 03/19/2002 (Entered: 03/19/2002) |
| 03/18/2002 | 408 | Declaration (SEALED) of William E. Wallace, III in support of Pltfs' petition for attorneys' fees and taxation of costs (dlk) (Entered: 03/19/2002) |
| 03/18/2002 | 409 | Volume 1 of 5 (SEALED) Exhibits A, B, and C Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty Appending Declaration of William E. Wallace, III(D.I. 408) (dlk) (Entered: 03/19/2002) |
| 03/18/2002 | 410 | Volume 2 of 5 (SEALED) Exhibit D(Tabs 1-11) Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty Appending Declaration of William E. Wallace, III (D.I. 408) (dlk) Modified on 03/19/2002 (Entered: 03/19/2002) |
| 03/18/2002 | 411 | Volume 3 of 5 (SEALED) Exhibit D(Tabs 12-19) Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty Appending Declaration of William E.Wallace, III (D.I. 408) (dlk) (Entered: 03/19/2002) |
| 03/18/2002 | 412 | Volume 4 of 5 (SEALED) Exhibit D (Tabs 20-35) Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty Appending Declaration of William E. Wallace,III (D.I. 408) (dlk) (Entered: 03/19/2002) |
| 03/18/2002 | 413 | Volume 5 of 5 (SEALED) Exhibits E, F, and G Filed by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty Appending Declaration of William E. Wallace, III (D.I. 408) (dlk) (Entered: 03/19/2002) |
| 04/05/2002 | 414 | CERTIFICATE OF SERVICE by 2660 Woodley Road, Woodley Road Asso, John Hancock Ins., Sumitomo Life Realty, re: Plaintiff's Request |