**ORIGINAL**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 12, 2006

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jshaw@ycst.com

RE:  2660 WOODLEY ROAD JOINT VENTURE, et al., v. ITT SHERATON
     CORPORATION, et al.
     Civ. No.: 97-450 JJF

Dear Counsel:

   Pursuant to the Order entered on 7/10/06 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:   205, 208, 213, 214, 255, 256, 267, 268, 269, 316, 406,
         407, 408, 409, 410, 411, 412, & 413.

   A copy of the signed acknowledgment has been attached for your records.

                                        Sincerely,

                                        Peter T. Dalleo, Clerk

                                        By: _____

   I hereby acknowledge receipt of the above mentioned documents on  7-12-06  .

                                        _____
                                                Signature